# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

CARMINE BYNES,

      Plaintiff,

v.                                              Case No:   5:22-cv-42-GAP-PRL

CR ENGLAND TRANSPORT
TRUCKING

      Defendant.

## ORDER

This cause comes before the Court on Plaintiffs' Complaint (Doc. 1) filed January 25, 2022, and the application to proceed *in forma pauperis* (Doc. 2) filed January 25, 2022.

On February 8, 2022, the United States Magistrate Judge issued a report (Doc. 4) recommending that the application be denied and the Complaint be dismissed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 23, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party